IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER N. RYAN,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br>Defendant. | : | NO. 17-cv-774 |

FILED
AUG 08 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 7th day of August, 2018, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is DENIED; and

3. Judgment is entered in this matter in favor of DEFENDANT.

BY THE COURT:

J. CURTIS JOYNER, J.